**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 10, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00693-CV

**KENNETH D. EICHNER, Appellant**

**V.**

**ROGER A. WEISS, Appellee**

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1115309**

## MEMORANDUM OPINION

This is an appeal from a judgment signed June 17, 2019. On September 30, 2019, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Zimmerer.